# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BEAN GOMEZ-CEPEDA,<br>Defendant. | INDICTMENT<br><br>Criminal No. 25- 300 (CVR)<br><br>Violations:<br>18 U.S.C. § 111(a)<br>18 U.S.C. § 1361<br><br>TWO COUNTS |

**THE UNITED STATES CHARGES:**

## COUNT ONE
### Resisting, Opposing or Impeding Certain Officers or Employees
### (18 U.S.C. § 111)

On or about June 30, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**BEAN GOMEZ-CEPEDA,**

did forcibly resist, oppose, and impede a person designated in 18 U.S.C. § 1114, to wit: G.O. and L.O., federal agents who were engaged in official duties, with a dangerous weapon. All in violation of 18 U.S.C. §§ 111(a)(1) and 111(b).

## COUNT TWO
### Willfully Injuring or Committing Any Depredation Against Any Property of the United States
(18 U.S.C. § 1361)

On or about June 30, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**BEAN GOMEZ-CEPEDA,**

willfully and by means of collision, did injure and commit a depredation against property of the United States, that is, a GMC Acadia vehicle. All in violation of 18 U.S.C. § 1361.

TRUE BILL.

FOREPERSON
Date: 7-2-2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes Division

César E. Rivera Díaz
Assistant United States Attorney
Violent Crimes Division