# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE MARCOS E. LOPEZ**
COURT REPORTER:  **ZOOM**

DATE: July 2, 2025
AUSA Laura Diaz
COURTROOM NO:  **OSJ 6**

UNITED STATES OF AMERICA

Plaintiff

v

Bean Gomez-Cepeda (1)
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No.   **25-CR-00300 (CVR)**

Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to Judge Camille Velez-Rive.

**NEW CASE:**

☐    This Indictment supersedes Criminal Case No. --------.

☐    Defendant(s) **appeared** in -----. Magistrate case merged and closed.

☐    Defendant(s) charged in magistrate case -----. but **not arrested.**  Magistrate case merged and closed.

☐    Defendant(s) **not charged** in magistrate case.

☐    The Court granted the government's motion to seal.

☐    Defendant(s) to remain on same bond.

☐    Defendant(s) under custody:        .  Marshal to produce defendant(s).

☒    Arrest warrants to be issued.

☐    Summons to be issued.

**S/Cristina Dones**
Courtroom Deputy Clerk